

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| FEYSAL A. GHAFFARI AND IRANA HAGHNAZARI, | § | No. 08-15-00131-CV |
|  | § | Appeal from the |
| Appellants, | § | 417th District Court |
| v. | § | of Collin County, Texas |
| DREES CUSTOM HOMES, L.P. AND THE DREES COMPANY, | § | (TC# 417-00816-2014) |
|  | § |  |
| Appellees. | § |  |

# **J U D G M E N T**

The Court has considered this cause on the record and concludes the appeal should be dismissed for want of prosecution. We therefore dismiss the appeal for want of prosecution. We further order Appellants pay all costs of this appeal, and this decision be certified below for observance.

IT IS SO ORDERED THIS 3RD DAY OF JUNE, 2015.

STEVEN L. HUGHES, Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.